IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL E. ALLEY, )
)
        Petitioner, )
)
v. ) 1:06CV384
)
WILLARD JOBE, Administrator, )
Avery Mitchell Correctional Institution, )
)
        Respondent. )

**O-R-D-E-R**

On December 21, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Respondent's motion for summary judgment [Pleading no. 3] be **GRANTED**, that Petitioner's motion for summary judgment [Pleading no. 7] be **DENIED**, and that this action be, and is hereby, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

/s/ William L. Osteen
UNITED STATES DISTRICT JUDGE

DATE: February 20, 2007

2