IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL E. ALLEY, )
)
        Petitioner, )
)
v. ) 1:06CV384
)
WILLARD JOBE, Administrator, )
Avery Mitchell Correctional Institution, )
)
        Respondent. )

### J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's motion for summary judgment [Pleading no. 3] be **GRANTED**, that Petitioner's motion for summary judgment [Pleading no. 7] be **DENIED**, and that this action be, and is hereby, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

DATE: February 20, 2007